UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA          :
                                  :
              -vs-                :      No. 3: 05 CR 493
                                  :
MICHAEL CURTIS REYNOLDS,          :
                        Defendant :

## INDICTMENT

THE GRAND JURY CHARGES:

### Count 1

On and before April 23, 2005, in Luzerne County, in the Middle District of

Pennsylvania, the Defendant,

## MICHAEL CURTIS REYNOLDS,

did knowingly and unlawfully possess a firearm, a grenade, not registered to him in the National

Firearms Registration and Transfer Record.

In violation of Title 26, United States Code, Section 5841, 5861(d) and 5871.

THE GRAND JURY FURTHER CHARGES:

## COUNT 2

On and before December 5, 2005, in Luzerne County, in the Middle District of

Pennsylvania, the defendant,

## MICHAEL CURTIS REYNOLDS,

did knowingly and unlawfully possess a firearm, a grenade, not registered to him in the National

Firearms Registration and Transfer Record.

In violation of Title 26, United States Code, Section 5841, 5861(d) and 5871.

## A TRUE BILL:

DEC. 20 2005
DATE

THOMAS A. MARINO
United States Attorney