FILED
SCRANTON

CR-05-493

OCT 31 2006

PER ___

Your Honor,

I apologize for this handwritten letter but as I am to be shipped out at any moment, theres no time to wait for law library to type this. I have proof of perjury and a fraud on the part of the Prosecutor, John Gurganus, and FBI Agent Larry Whitehead to convict me of false charges using edited emails and known perjured documents. All I wish is to be heard by the Grand Jury to prove the case. The courts seek to bury this fact. As Magistrate, Federal Rules of Criminal Procedure state any complaint sworn to and signed to a Magistrate must be investigated. I am enclosing that complaint, sworn to, witnessed and thoroughly ready to resware in your presence at any time you can arrange it. This must be investigated quickly to avoid massive expense, not to mention ridicule of the court system. I ask for due process only. I have an immediate complaint, enclosed is probable cause. Please do the right thing and set an immediate Grand Jury hearing on this

Sincerely,

Michael C. Reynolds

EVEN IF AN INFORMANT STATES THAT THIER INFORMATION WAS OBTAINED FIRSTHAND, THEY MIGHT BE LYING, OR THIER INFORMATION GATHERING SKILLS MIGHT BE POOR. FOR THOSE REASONS, EVIDENCE IS REQUIRED UNDER AGUILAR TO DEMONSTRATE EITHER THE INFORMANT IS A CREDIBLE PERSON ( CREDIBILITY SPUR OF THE VERACITY PRONG), OR IF IT IS NOT SHOWN THAT THE INFORMATION IN THIS CASE IS RELIABLE, (RELIABILITY SPUR) ONLY RELIABILITY CAN NOT BE PROVEN  ON THE GROUNDS OF MERE ASSUMPTION ON THE PART OF THE AFFIANT THAT THE INFORMANT IS RELIABLE. ALL INFORMATION GIVEN BY THE INFORMANT MUST STILL BE CORROBORATED THROUGH INVESTIGATION BEFORE ANY POSSIBILITY OF PROBABLE CAUSE IS ESTABLISHED.

THE SUPREME COURT HAS CONSISTENTLY AND UNANIMOUSLY UPHELD ("BALD AND UNILLUMINATING")ASSERTIONS OF AN OFFICER DO NOT SATISFY THE PROBABLEE CAUSE REQUIREMENTS. "GARBAGE IN, GARBAGE OUT". THAT IS, A LIAR CAN JUST AS EASILY PROVIDE SPECIFIC, NON_EXISTANT "DETAILS" AS THEY CAN GIVE MORE GENERAL STATEMENTS. IT IS REASONABLE TO ASSUME THAT A LIAR, TO APPEAR MORE CREDIBLE, WILL BE AS SPECIFIC AS THIER CREDIBILITY ALLOWS THEM TO BE. IT IS SUBMITTED THAT AN INFORMANTS CLAIMS SHOULD NOT BE CONSIDERED UNLESS THE VERACITY IS INDEPENDANTLY VERIFIED. "KNOWINGLY ACCEPTING POLICE PERJURY AS TRUTHFUL" IN PART TO AID POLICE IN INVESTIGATIONS, MAGISTRATES OFTEN SIGN WARRANTS WITHOUT REVIEWING THEM AS THOROUGHLY AS SHOULD BE DONE. MAGISTRATES ALSO DO NOT WISH TO CONFRONT POLICE AGENCIES, AS IT EFFECTS THIER RE-ELECTION CHANCES.

IN CONSIDERING THE TESTIMONY OF AN INFORMANT, THIER PERSONAL INTEREST IN THE OUTCOME OF THE LITIGATION HAS TO BE VERIFIED, AS IT MATTERS TO THE MOTIVE TO LIE OR BIAS TOWARDS THE DEFENDANT. WHETHER AN INFORMANT ACTUALLY LIED TO AN AGENT OR AUTHORITY IS OF TANGENTIAL RELEVANCE TO THE ISSUE OF THAT AUTHORITIES STATE OF MIND WHEN PRESENTING THE AFFIDAVIT TO A MAGISTRATE, FOCUS ON WHETHER OR NOT THAT AUTHORITY VERIFIED THE INFORMANTS STORY AND MOTIVES SHOULD BE THE FOCUS IN DETERMINING WHETHER THE AGENT KNOWINGLY OR RECKLESSLY PROVIDED FALSE AFFIDAVITS. WHERE RELIABILITY IS TO BE ESTABLISHED WITH RESPECT TO AN INFORMANT WHO COULD NOT POSSIBLY HAVE HAD DIRECT KNOWLEDGE HIMSELF, BUT SEEMS TO HAVE GATHERED INFORMATION HIMSELF THROUGH ANOTHER SOURCE, HAS NOT SATISFIED THE AGUILAR STANDARDS. IF THE PROSECUTION KNOWS, OR SHOULD HAVE KNOWN THROUGH THE COURSE OF VERIFICATION OF THE INFORMANTS STATEMENT, THAT THE TESTIMONY GIVEN TO TRIAL WAS PERJURED, THE CONVICTION MUST BE SET ASIDE IF THAT EVIDENCE HAD ANY REASONABLE LIKELYHOOD OF AFFECTING THE OUTCOME OF THAT TRIAL. WHETHER OR NOT THE DEFENDANT MADE ANY SPECIFIC REQUEST FOR ANY INFORMATION THAT COULD HAVE BEEN IMPEACHMENT MATERIAL, THE VERDICT MUST BE SET ASIDE IF THE PROSECUTOR WITHHELD THAT INFORMATION, WHICH WOULD HAVE LED TO A REASONABLE DOUBT FINDING.

KNOWLEDGE, PER DEFINITION, CONSISTS OF THE PERCEPTION OF A FACT IN THE AFFIRMATIVE OR THE NEGATIVE, THEREFORE KNOWLEDGE DOES NOT MEAN OR INFER AGREEMENT WITH THE FACT, JUST THE AQUIREMENT OF THAT FACT THROUGH WHATEVER MEANS, BE THAT STATEMENTS, DOCUMENTS, OR OTHER MEANS.

NOTICE, ANOTHER FORM OF KNOWLEDGE IS DESCRIBED AS: KNOWLEDGE OF THE EXISTENCE OF A FACT, INTELLIGENCE BY WHATEVER MEANS COMMUNICATED. ANY FACT THAT WOULD PUT AN ORDINARY PRUDENT PERSON ON INQUIRY, THAT WHICH IMPARTS KNOWLEDGE TO SOMEONE TO BE NOTIFIED.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA     :
           VS.             :     05-CR-493
                               CASE    NUMBER

Michael Curtis Reynolds    :
DEFENDANT   NAME

<u>MOTION TO TESTIFY TO THE GRAND JURY</u>

THE DEFENDANT, HAVING BEEN ADVISED OF HIS LEGAL RIGHTS UNDER THE LAW, HAS DETERMINED A NEED TO FILE THE FOLLOWING:

(1)     THE DEFENDANT, HAVING PROOF OF PERJURY TO THE GRAND JURY, HAS A LEGAL NEED TO TESTIFY.

(2)     THIS COURT, FULLY AWARE OF THIS MATTER, HAS OFFICIALLY BEEN NOTIFIED AND GIVEN AN OPPORTUNITY TO HAVE THE DEFENDANT HEARD ON THIS MATTER.

(3)     THE CIRCUIT COURT HAS ALSO BEEN NOTIFIED OF THE DEFENDANT HOLDING INFORMATION OF THE PERJURY.

(4)     THE DEFENDANT OFFICIALLY REQUESTS NOW IN THE PRESENCE OF THE COURT TO BE HEARD BEFORE THE GRAND JURY AS SOON AS POSSIBLE, IN AN EFFORT NOT TO CHANGE THE JUDICIAL PROCEEDINGS IN THIS LEGAL MATTER BEFORE THEM.

(5)     HANDLED DILLIGENTLY, THERE IS NO LEGAL REASON TO POSTPHONE, CHANGE, ALTER OR IN ANY FORM DELAY ANY OTHER LEGAL SCHEDULES IN THIS MATTER.

THIS MOTION IS HEREBY <u>GRANTED</u>  ON THIS _____ DAY OF THE MONTH OF
_____, IN THE YEAR OF _____ .

this shouldbe scheduled within 10 days of filing.

·MOTIONS AND NOTIONS (c) 2006

BRIEF IN SUPPORT OF DEFENDANT
TESTIFYING BEFORE GRAND JURY HEARING

(1)     PROSECUTOR DID READ A FLASE STATEMENT GIVEN BY THE FBI
AGENT, LARRY WHITEHEAD TO THE GRAND JURY IN DECEMBER, 2005,
IN ORDER TO GET INDICTMENT COUNT ONE, HAND GRENADE POSSESION.

(2)     PROSECUTOR AGAIN READ SAME STATEMENT, AFTER PROFFER FROM
DEFENDANT, GIVING KNOWLEDGE TO THE PROSECUTOR THAT STATEMENT
WAS IN FACT FALSE, BY THE INFORMANT, KEVIN REARDON.

(3)     PROSECUTOR AND FBI WERE GIVEN PRECISE NAMES AND ADDRESSES
OF PERSONS ABLE TO CONFIRM KEVIN REARDON'S FALSE STATEMENT WAS
IN FACT AND DEED FALSE, BUT FAILED IN EIGHT MONTHS PRIOR TO
DEFENDANTS ARREST IN DECEMBER, 2005, AND OVER TEN MONTHS AFTER
DEFENDANTS ARREST DURING 2006, TO CONFIRM WITH ANYONE ABOUT
THE VALIDITY OF THAT STATEMENT.

(4)    PROSECUTOR WAS INFORMED IN JANUARY, 2006, OF POSSIBILITY
CRIME WAS NOT IN FACT COMMITTED WITH ANY KNOWLEDGE OF THE
DEFENDANT.

(5)    PROSECUTOR, COUNSEL AND COURT WERE NOTIFIED THAT KEVIN
REARDON HAD IN FACT COMMITTED THE CRIME WITHIN A THREE DAY
WINDOW OF OPPORTUNITY IN APRIL, 2005.

(6)    PUBLIC DEFENDER, PHILIP GELSO, HAD CONFIRMED SUSPICIONS
THAT KEVIN REARDON HAD COMMITTED THE CRIMES, AND THAT KEVIN
REARDON HAD ENTERED BOTH CRIME SCENES ON OR ABOUT APRIL  15,
2005, BEFORE THE CRIME SCENES HAD BEEN INVESTIGATED BY FBI.

(7)    COURT WAS AGAIN NOTIFIED OF THIS INFORMATION AS IT BECAME
AVAILABLE. INFORMATION WAS IGNORED.

(8)    PROSECUTION, WHEN CONFRONTED AT FBI MEETING IN OCTOBER,
2006, DID AS MUCH AS ADMIT TO THE FACT OF KEVIN REARDONS FALSE
STATEMENT, AND WHEN TOLD THAT WOULD MEAN ALL SEARCH WARRANT,
AND THE CASE IN FACT COULD NOT BE TRIED PER THE FOURTEENTH
AMENDMENT, STATING THE FALSE STATEMENT NEGATES TRIAL, THE
PROSECUTOR THEN EXPLODED, THREATENING THE DEFENDANT. PROSECUTION
CLAIMED HE STILL HAD EMAILS TO CONVICT, BUT IGNORED BEING TOLD
DOCUMENTS WERE EDITED SO OBVIOUSLY IT WASNT FUNNY.

(9)    PROSECUTION THREE DAYS LATER DID THEN COMMIT PERJURY AGAIN
BY AGAIN GOING TO THE GRAND JURY FOR FOUR MORE INDICTMENTS
READING THE FALSIFIED DOCUMENTS YET AGAIN. COURT WAS INFORMED,
JUDGE REFUSES TO ALLOW DEFENDANT TO SPEAK OF THE PERJURY IN
COURT, AND FORCED THE DEFENDANT TO TAKE APPOINTED ATTORNEY THAT
REFUSES TO PRESS THIS ISSUE, BUT IS COOPERATING WITH PROSECUTION.

REMEDY SOUGHT

DEFENDANT REQUESTS A GRAND JURY HEARING BE SET WITHIN THIS MONTH
TO HEAR ON THE MATTER OF PERJURY, AS THIS COURTROOM INTENDS
TO RUN THE TRIAL WITHOUT DISCUSSION OF THIS ISSUE, AND FRANKLY
CONVICT THE DEFENDANT IN DISREGARD FOR THE CONSTITUTION, LAWS
AND RIGHTS OF THE DEFENDANT. DEFENDANT ONLY ASKS SOMEONE HEAR
THIS  AND CONTACT THE GRAND JURY. THE DEFENDANT HAS ENCLOSED
JUST A FEW EXAMPLES OF THE PERJURED DOCUMENTS, THERES MORE .

Document A1

**Message from subject in draft folder when checked on 12/01/2005 at 8:18 am (MDT)**

Subject: montana 2

I dont know how we can solve these issues of distance, but we have just a few days until a decision must be reached on this. I havent the funds to travel to Helena, Montana, and I still believe that a face to face should be avoided for security. Personally I dont see how someone from Canada hopes to find someone from Idaho when neither of us have been to the town in Montana. Is there no way to make this happen? I mean im sorry that I had to take this job here, but without a check from that I havent the funds to travel much of anyplace away from here. Are we then not able to complete this and the next mission? Theres not a question a lot of thinking and work went into the plan, and I do wish to fix this problem, hopefully this weekend at the latest.
Fritz

Note this sentence and the entire bulk of the one page addition in Document A2. This sentence above is missing in Document A2. If this, as the sentence indicates, is Montana 2, where is the document Montana 1? For that fact, if you were to log onto this email site, these documents and about thirty others are deleted. Who would delete originals except someone hiding what they said. This is the bulk of this "terrorist" case. Tell me it isnt edited documents before you.

Document A2

Subject: montana 2

I dont know how we can solve these issues of distance, but we have just a few days until a decision must be reached on this. I havent the funds to travel to Helena, Montana, and I still believe that a face to face should be avoided for security. Personally I dont see how someone from Canada hopes to find someone from Idaho when neither of us have been to the town in Montana. Is there no way to make this happen? I mean im sorry that I had to take this job here, but without a check from that I havent the funds to travel much of anyplace away from here. Theres not a question a lot of thinking and work went into the plan, and I do wish to fix this problem, hopefully this weekend at the latest.

So that we understand each other, you plan to somhow deliver 8,000 Canadian, which you will change in Montana to about 5,000USD before meeting, I will return to Pa, where that group will arrange to pass the remaining 35,000USD, [deposit, plus 10,000 travel cash] then on or about jan 1st, pay the remaining 70,000USD we have agreed upon? after this we can release the press data, wait for results, and plan step 2? I just wwant it all clear, knowing what new charges the US goverment can do for working with your people. I have a lot at risk here, we both do. I have family, and plan to be there for them.

I know that you think the Wyoming plan is obscure, but the site has no fences nor security to speak of, 3 men would merely walk as they wished there and leave undetected, which is the goal for such a small force, called cut and run. we cut strategic places selected, then run to cut someplace totally unsuspected another day. Minimum forces, maximum damage. The owner of those locations then have no recourse but to maximize home defenses, and abandon any other missions. I can plan this, you have resources, so you say, and desire to do this. All we need do is solve the cash payment problem so that I can travel back east where needed. Please work this out with me. The schedule I have in mind for step 1 is approaching, I have based it for maximum effect, and minimum resistance, I cant guarantee a better timing that the one we have now.

The press is with us, people are swaying the confidence, a good boot will tip the scales, but not if its at the wrong time.

################################################################################
###
READ THIS :
        LATROBE, Pa. - Most U.S. troops should leave Iraq within a year, the Army is "broken, worn out" and may not be able to meet future military threats to America's security, Rep. John Murtha (news, bio, voting record) said.

Two weeks ago, Murtha created a storm of comment when he called for U.S. troops to leave Iraq now. The Democratic congressman spoke to a group of community and business leaders in Latrobe on Wednesday, the same day President Bush said troops would be withdrawn when they've achieved victory, not under an artificial deadline set by politicians.

Murtha, a decorated Vietnam war veteran, said the Pennsylvania National Guard is "stretched so thin" that it will be be hard pressed to send fully equipped units to Iraq next year. Dissatisfaction with the continued suicide bombings and murders, and the mounting death toll of U.S. troops (now at more than 2,100), extends across the nation, well beyond the capital. It probably will be at least two to five years before enough Iraqis are trained and sufficiently equipped to allow any of the nearly 160,000 American troops in Iraq to come home.

If the Iraqis do not demonstrate major progress next year, it will be time to wonder if they ever will. Although Iraqi politicians say they do not want a permanent American military presence, it will be up

Document A2

to the new government to make that a reality by making the training and equipping of an army and police force its top priority. That and showing significant takeover of the now American goals and policies.

##########################################################################################
##

 another news update, sideline, but useful. With Katrina just 90 days ago, banks declared a 90 day delay on collecting mortgages, which expires this month on December 15th. Many will be forced to go bankrupt due to nonemployment. This is another example of the pres failure to protect his people, complaints will pile come Christmas, unemployed, facing bankruptcy, homeless, jobless, while he just got 60 billion to wage the war in Iraq. The fuel is here, hes hanging on to the press backing him on the claim that since he waged war, no terrorist attacks have been successful, hence the war is just. He also claims that since hes in Iraq and its peaceful, should the troops be withdrawn, ONLY THEN WOULD TERRORIST STRIKE BACK SINCE THERE ARE NONE OUTSIDE OF IRAQ CAPABILE. Make this a lie, add the losses from Katrina, and as I gave you..instant rebellion. Must happen this month to sway the control. He can bullshit his way to justify a lost war, borrow money as his people starve and go homeless, but make all 3 happen on the right day?? thats my plan..he cant recover.


##########################################################################################
##

This is what I mean, we make a situation to prove hss correct, and congress will demand the recall. If they dont, the people might even revolt. Add to that the idea alone that the Government knew before it happened, yet did nothing since the pres wants us in Iraq instead, and hell be roasted on a spit. Like I said, do this, now, and add the wildfire rumor that its part of the same..there you go..press manipulated at its best. But lost if we wait until someone else makes this unbelievable. Thats why we have the tight schedule this month. Longer creates doubt. Plus as the last line indicates, they plan to send more troops next year, not withdraw as they claimed.

Document B2

**Message observed in draft folder on 12/02/2005 at approximately 11:55 am (MDT):**

Subject meet

we may meet in Pocatello, Id, I am near there, I will have drawings, maps, and list of items that can be found in Idaho on the way to Wyomong, so nothing needs to be brought in, I wouldnt risk that at all. Im sorry for the misunderstanding on the amounts. I have a few details tonight to work out for the project, but I will be done with the list and construction tomorrow morning, so I can prepare the documents to be ready tomorrow night. We need to find a mutual location and time in Pocatello for the transfer that risks neither of us. we can do that tomorrow. For now, well plan tomorrow for the transfer, have him travel there, change to USD once in the USA, and well finish out the minor details. I do plan to be back in Pa, as Ive said, I need to view the area to make the maps for placements. Im sure you agree we need maximum success in placement. it will take some time, perhaps a week to be sure, then I can transmit those to you, and arrange the final payment. Is that agreeable?

the place in Wyoming is Williams refinery just south on rte. 30 south from Pocatello towards Wyoming. Its outside a town called Opal, about 10km. the wells are on both sides of the route, the refinery, right next to the gas refinery, on the left. from Pocatello, maybe 90 mins travel. easy in, easy out, and easy to go back to Montana several routes. with the remotness of the location, it could be hours before anyone could reach it to do anything, another plus. I will transmit the plan in order, maps and all important details after the transfer is done tomorrow. I will have construction drawings for devices, along with placement drawings to help. It will be a complete package. I just am working out timer details. All other items used can be purchased freeley here, ill list what, quantities, where when finished. We need about a 15-20min timer that is failsafe. Working on that. I presently know whats needed to make the charges, given our no rental idea for traceability. I had expected to get an email last night on the meeting, as I still believe for all, no visual contact should be attempted. The brothers need this as much as I.
Fritz

Why would someone delete half a page of a letter, resend it the next day to someone that already read it, and add a comma to a completed sentence in order to continue about five lines of type? Makes one wonder, doesn't it?

*Document B1*

**Message observed in draft folder on 12/01/2005 at approximately 10:20 pm (MDT):**

Subject: meet

i have read your new mesage and it is good what you say about the newspapers of america which speak the truth of the situation with the soldiers of america   i also read of the operation in wyomin and if you say it as true i see benefit of such a operation  you do not understand part of my message and so i go to a brother who knows english more than i   for that which you read now you will understand and delight in it i believe

we understand you can not travel to Helana in montana.  another brother in canada - not the first we speak of - but a close brother of his  - will travel to the state of idaho as you request - and can travel beginning tomorrow

you misunderstand when you hear only 8000 dollars  at the time of that latest message the brother in canada had almost 32000 in american dollars cash and much more in canadian dollars  this is why we say 8000 of canadian must be changed for american dollars to make the 40000 sum of which you request to begin operations to begin destruction of oil operation in wyoming

timing ? - you speak of return to pensylvania - will you require first to return to pensylvania before the operation shall begin ?  the canada brother can travel to america freely  but he can not bring any weaopon or explosions to cross the american border

in sum - we can bring the 40000 in american dollars  to your location in idaho if this will result in the operation  tell me in a message the town to which the canadian brother should travel and he can begin  the travel by tomorrow  when he arrives in the town he will provide a location at which the 40000 can be transfered   you will also have at least the location and method of destroying the oil operation in wyoming for the canadian brother  or transmit that to me in this message folder before

we may meet in Pocatello, Id, I am near there, I will have drawings, maps, and list of items that can be found in Idaho on the way to Wyomong, so nothing needs to be brought in, I wouldnt risk that at all. Im sorry for the misunderstanding on the amounts. I have a few details tonight to work out for the project, but I will be done with the list and construction tomorrow morning, so I can prepare the documents to be ready tomorrow night. We need to find a mutual location and time in Pocatello for the transfer that risks neither of us. we can do that tomorrow. For now, well plan tomorrow for the transfer, have him travel there, change to USD once in the USA, and well finish out the minor details. I do plan to be back in Pa, as Ive said, I need to view the area to make the maps for placements. Im sure you agree we need maximum success in placement. it will take some time, perhaps a week to be sure, then I can transmit those to you, and arrange the final payment. Is that agreeable?

the place in Wyoming is Williams refinery just south on rte. 30 south from Pocatello towards Wyoming. Its outside a town called Opal, about 10mi. the refinery, right next to the gas refinery, on the easy out, and easy to go back to Montana could be hours before anyone could reach it to do anything. another order, maps and all important details after the transfer is done tomorrow. drawings for devices, along with placement drawings to help. It will be a complete

Look at notes on Document B2 ⟶

ADDITIONAL BRIEF NOTES·

18§1623 - WHOEVER UNDER OATH (or ina any declaration, certificate, verification, or statement under penalty of perjury as prescribed under section 1746 of title 28, USC), IN ANY PROCEEDING BEFORE OR ANCILLARY TO ANY COURT OR GRAND JURY OF THE UNITED STATES KNOWINGLY MAKES ANY FALSE MATERIAL DECLARATION OR MAKES OR USES ANY OTHER INFORMATION, INCLUDING ANY BOOK, PAPER, DOCUMENT, RECORD, RECORDING OR OTHER MATERIAL, KNOWING THE SAME TO CONTAIN ANY FALSE MATERIAL DECLARATION, SHALL BE FINED UNDER THIS TITLE OR IMPRISONED NOT MORE THAN FIVE YEARS, OR BOTH.
  PROOF BEYOND A REASONABLE DOUBT UNDER THIS SECTION IS SUFFICIENT FOR CONVICTION. IT SHALL NOT BE NECESSARY THAT SUCH PROOF BE MADE BY ANY PARTICULAR NUMBER OF WITNESSES OR BY DOCUMENTARY OR OTHER TYPE OF EVIDENCE.

  Prosecutorial Misconduct when a conviction is obtained by the presentation of testimony known by the Prosecution to be perjured, due process is violated. The clause cannot be deemed to be satisfied by a mere notice and hearing if a state has contrived a conviction through the pretense of a trial which in truth is but used as a means of depriving a defendant of liberty through a deliberate deception of court and jury by the presentation of testimony known to be perjured.

  FRANKS VS. DELAWARE- IF MISLEADING OR FALSE STATEMENTS ARE KNOWINGLY USED TO OBTAIN A SEARCH/ARREST WARRANT, THAT WARRANT IS CONSIDERED NULL AND VOID AS IT VIOLATES THE 4th AMENDMANT UNDER USCA 18.

  A SEARCH PROSECUTED IN VIOLATION OF THE CONSTITUTION IS NOT MADE LAWFUL BY WHAT IT BRINGS TO LIGHT. US. VS. ELLIOT DC 210, F.SUPP. 357, US. VS. PROCTOR & GAMBLE 180 F.SUPP. 195.

  SEARCH WARRANT AFFIDAVIT WHICH RELIES UPON A HEARSAY TIP MUST DISCLOSE UNDERLYING FACTS TO ESTABLISH BOTH PROBABLE CAUSE AND CREDIBILITY OF THE INFORMANT; IF AFFIDAVIT RELIES UPON A MIXTURE OF AN INFORMANTS TIP AND OTHER INFORMATION, THEN IT CAN NOT BE DISREGARDED AS LONG AS THE INFORMANTS TIP IS CORROBORATED BY SUFFICIENT MENS, BUT CORROBORATION IS REUIRED. U.S. CONST. AMEND 4. US VS. GELLER 560 F.Super. 1390.

  FOR PURPOSES OF ESTABLISHING AN INFORMANTS VERACITY, MORE THAN CORROBORATION OF A FEW MINOR ELEMENTS OF THE STORY IS NECESSARY TO GAIN SUFFICIENT EVIDENCE OF THE INFORMANTS RELIABILITY. US. VS. BUSH 647 F2d 357.

  it is essential that both prongs of the Augilar test be satisfied with respect to the same informants information; only when evidence of both the informants veracity and basis of knowledge coincide is the test truly satisfied. US. VS. BUSH 647 F2d 357.

  OFFICERS AFFIDAVIT WHICH WAS GIVEN IN SUPPORT OF APPLICATION OF A WARRANT WHICH WAS BASED ON INFORMATION SUPPLIED BY AN INFORMANT, WAS INSUFFICIENT FOR FINDING BASIS OF PROBABLE CAUSE WHERE AFFIDAVIT DID NOT SHOW BASIS OF INFORMANTS KNOWLEDGE. US VS. BUSH 647 F2d 357.

Document

**Message observed in the draft folder on 12/05/20__** _____ a.m. (MDT)

Internet connection: Qwest

Subject: not a problem

I understand perhaps he confused the time differe_____ a few hours until noon, ill keep checking here. As long as this is goin_____ got this alright.

Document

**Message observed in draft folder o__ 12/05/20__** _____ (MDT)

Qwest

not a problem

I understand perhaps he confused the tim_____ until noon, ill keep checking here. As long as th_____ if we cancel, I hope that you understand the tru_____ .

I took this job because this government too_____ give me my only chance to get them back. I can only hope_____ a__ clock says Im to meet in about a half-hour, and I still have__ .

Fritz

Same first two sent__ ___s apart but added to. Now __ the second line. It says "Inte___ __n: Qwest" next one only says "Qw__ __ this is a direct printout, why would this line change? If these are all direct printouts, where's the ___ "Internet connection" or "Qwest" line ___all other pages thru this same service? ___ way, just how could the government ___ family away anyhow??

<u>CRIMINAL COMPLAINT</u>

INTHAT JOHN GURGANUS, UNITED STATES PROSECUTOR, ALONG WITH FBI AGENT LARRY WHITEHEAD AND INFORMANT KEVIN REARDON DID IN FACT AND DEED COMMIT THE ACT OF PERJURY UNDER FEDERAL RULES 18§1621 and 1623 BY FALSELY SWEARING AND SUBMITTING AN AFFIDAVIT KNOWN TO BE FALSE TO THE GRAND JURY FOR THE PURPOSE OF INDICTMENT OF THE PERSON OF MICHAEL CURTIS REYNOLDS.

KNOWING THESE DOCUMENTS INCLUDED FALSE STATEMENTS, ( ENCLOSED EXAMPLES THEREOF ), BY MR, LARRY WHITEHEAD AND MR. KEVIN REARDON, AND THE PROSECUTOR, JOHN GURGANUS, DID COMMIT AN ACT OF PERJURY TO THE GRAND JURY ON THREE SEPERATE OCCASSIONS, DOCUMENTATION ENCLOSED. COURT WAS AWARE ENTIRELY OF THIS ACT OF FRAUD UPON MR. MICHAEL CURTIS REYNOLDS AND THUS FAR REFUSES TO NOTIFY THE GRAND JURY. WITHIN THESE DOCUMENTS IN THIS LETTER IS THE SAMPLE PROOF OF THE FRAUD, MORE EVIDENCE AND WITNESSES, NAMELY JOYCE REYNOLDS, ARE AVAILABLE ON SHORT NOTICE TO THE GRAND JURY.

UNDER PENALTY OF PERJURY PER FEDERAL RULES 18§1621 and 1623, I, MICHAEL CURTIS REYNOLDS, DO ATTEST ALL STATEMENTS MADE WITHIN THIS DOCUMENT TO BE TRUE.


_____
MICHAEL CURTIS REYNOLDS, COMPLAINANT

10/21/06
/DATE

ALL DOCUMENTATION HAVE BEEN REVIEWED BY BOTH PARTIES LISTED
AND SWORN TO AGAIN IN THE PRESENCE OF THE MAGISTRATE AS DIRECTED
WHENEVER REQUIRED. WITNESS HAS READ, REVIEWED AND CONFIRMED ALL
DOCUMENTS TO BE TRUE. WITNESS HEREBY VERIFIES THAT NO DURRESS
OR COERSION WAS INVOLVED AND THE DEFENDANT MADE ALL STATEMENTS
VOLUNTARILY.

_____
MICHAEL CURTIS REYNOLDS, COMPLAINANT, DEFENDANT


_____
ROBERT HAYES, WITNESS


ALL STATEMENTS WITHIN SIGNED WITH FULL UNDERSTANDING OF THE PERJURY
STATUATE 18§1621 and 1623, AND AFFIRM ALL CONTENTS WITHIN TO BE
TRUE.

_____
10/21/06
DATE