Michael Reynolds
Government Exhibit List

| EXHIBIT NO | DESCRIPTION | ENTERED |
|---|---|---|
| 1.A | OBL crew website description | X |
| 1.B | E-MAIL islamic awakenings - contact  FROM - SOURCE INTERNET SERVICE PROVIDER  YAHOO | X |
| 1.3 | longtermonly 2 @yahoo initial subscription to OBL Crew mailing list from computer of MICHAEL REYNOLDS | X |
| 2.1 | E-MAIL - subject - Time from longtermonly2   - | X |
| 3.1 | E-MAIL - still awaiting someone serious about contact - Baghdad | X |
| 3.2 | E-MAIL still awaiting someone serious about contact - Baghdad | X |
| 3.3 | E-MAIL - still awaiting someone serious about contact - Baghdad | X |
| 4.1 | E-MAIL - ok posting obvious messages - reality          - | X |
| 4.2 | E-MAIL - ok posting obvious messages - reality          - | X |
| 4.3 | E-MAIL - ok posting obvious messages - reality          - | X |
| 5.1 | E-MAIL - ok I got your message - reality - | X |
| 5.2 | E-MAIL - ok I got your message - reality          - | X |
| 5.3 | E-MAIL - ok I got your message - reality          - | X |
| 6.2 | E-MAIL - while I must not go into details as eyes everywhere - goals          - | X |
| 7.1 | E-MAIL - I was talking to a friend - reality          - | X |
| 7.2 | E-MAIL - I was talking to a friend - reality          - | X |
| 7.3 | E-MAIL - I was talking to a friend - reality          - | X |
| 8.1 | E-MAIL - I saw an opinion poll - reality          - | X |
| 8.2 | E-MAIL - I saw an opinion poll - reality          - | X |
| 8.3 | E-MAIL - I saw an opinion poll - reality          - | X |
| 9.1 | E-MAIL - please let me know what plan - retirement plan    - | X |
| 9.2 | E-MAIL - please let me know what plan - retirement plan          - | X |
| 9.3 | E-MAIL - please let me know what plan - retirement plan          - | X |
| 10.1 | E-MAIL - the plan is about recall - retirement plan          - | X |
| 10.2 | E-MAIL - the plan is about recall - retirement plan          - | X |
| 11.1 | E-MAIL - we can be ready with you - retirement          - | X |
| 11.2 | E-MAIL - we can be ready with you - retirement          - | X |
| 11.3 | E-MAIL - we can be ready with you - retirement          - | X |
| 12.1 | E-MAIL - new yahoo E-MAIL homeapproach          - | X |
| 12.2 | E-MAIL - new yahoo E-MAIL homeapproach          - | X |

FILED
SCRANTON
JUL 16 2007
PER _____
DEPUTY CLERK

Michael Reynolds
Government Exhibit List

| EXHIBIT NO | DESCRIPTION | ENTERED |
|---|---|---|
| 13.1 | E-MAIL - since tracing is an issue           - | X |
| 13.2 | E-MAIL - since tracing is an issue           - | X |
| 14.1 | E-MAIL - hello my friend I rang some contacts - timing          - | X |
| 14.2 | E-MAIL - hello my friend I rang some contacts - timing          - | X |
| 14.2A | E-MAIL - hello my friend I rang some contacts - timing          - | X |
| 14.3 | E-MAIL - hello my friend I rang some contacts - timing          - | X |
| 15.1 | E-MAIL - ok hani    / ok hani - plans doc / ok hani - plans doc properties          - | X |
| 15.2 | E-MAIL - ok hani    / ok hani - plans doc / ok hani - plans doc properties          - | X |
| 15.3 | E-MAIL - ok hani    / ok hani - plans doc / ok hani - plans doc properties          - | X |
| 15.3A | E-MAIL - ok hani    / ok hani - plans doc / ok hani - plans doc properties          - | X |
| 16.1 | E-MAIL - i'm hoping no one is offended          - | X |
| 16.2 | E-MAIL - i'm hoping no one is offended          - | X |
| 17.1 | E-MAIL - can we agree this week - needs          - | X |
| 17.2 | E-MAIL - can we agree this week - needs          - | X |
| 18.1 | E-MAIL - there's little time / there's little time doc          - | X |
| 18.1A | there's little time - attachment | X |
| 18.2 | E-MAIL - there's little time / there's little time doc          - | X |
| 18.3 | E-MAIL - there's little time / there's little time doc          - | X |
| 18.3A | E-MAIL - there's little time / there's little time doc          - | X |
| 19.1 | E-MAIL - fritz this is friend hani          - | X |
| 19.2 | E-MAIL - fritz this is friend hani          - | X |
| 19.3 | E-MAIL - fritz this is friend hani          - | X |
| 19.3A | E-MAIL - fritz this is friend hani          - | X |
| 19.3B | E-MAIL - fritz this is friend hani          - | X |
| 20.1 | DRAFT - put details of plan - description of holiday item          - | X |
| 21.1 | DRAFT - if I give too many details - holiday gifts          - | X |
| 21.3 | DRAFT - if I give too many details - holiday gifts          - | X |
| 22.1 | DRAFT - fritz this is a good start - merci fritz compose / merci folder view          - | X |
| 22.3A | DRAFT - fritz this is a good start - merci fritz compose / merci folder view          - | X |
| 22.3B | DRAFT - fritz this is a good start - merci fritz compose / merci folder view          - | X |

| EXHIBIT NO | DESCRIPTION | ENTERED |
|---|---|---|
| 23.1 | DRAFT - I still must know what you intent - none decision time  - | X |
| 23.3 | DRAFT - I still must know what you intent - none decision time  - | X |
| 24.1 | DRAFT - our leader is the sheik is very - move fast for you  - | X |
| 24.3 | DRAFT - our leader is the sheik is very - move fast for you  - | X |
| 25.1 | DRAFT - smaller the better - needs folder view  - | X |
| 25.3 | DRAFT - smaller the better - needs folder view  - | X |
| 26.1 | DRAFT - I certainly hope that I offended - needs2 folder view  - | X |
| 26.3 | DRAFT - I certainly hope that I offended - needs2 folder view  - | X |
| 27.1 | DRAFT - ill need numbers of the groups - needs3  - | X |
| 27.3 | DRAFT - ill need numbers of the groups - needs3  - | X |
| 28.1 | DRAFT - ok fritz we talk with the sheik - cash transfer  - | X |
| 28.3 | DRAFT - ok fritz we talk with the sheik - cash transfer  - | X |
| 29.1 | DRAFT - ok fritz we talk with the sheik...ok ill send bank info - cash transfer  - | X |
| 29.3 | DRAFT - ok fritz we talk with the sheik...ok ill send bank info - cash transfer  - | X |
| 30.1 | DRAFT - please answer today if this - urgent action today  - | X |
| 30.3 | DRAFT - please answer today if this - urgent action today  - | X |
| 31.1 | DRAFT - the wire and deposit system - process  - | X |
| 31.3 | DRAFT - the wire and deposit system - process  - | X |
| 32.1 | DRAFT - the problem is that I am not in pa - help2  - | X |
| 32.3 | DRAFT - the problem is that I am not in pa - help2  - | X |
| 33.1 | DRAFT - this changes very much our plans - change to plan for you  - | X |
| 33.3 | DRAFT - this changes very much our plans - change to plan for you  - | X |
| 34.1 | DRAFT - I have an alternate plan - changes  - | X |
| 34.3 | DRAFT - I have an alternate plan - changes  - | X |
| 35.1 | DRAFT - I talk with our brother - none  - | X |
| 36.1 | DRAFT - I don't know how we can solve - montana2  - | X |
| 36.3 | DRAFT - I don't know how we can solve - montana2  - | X |
| 37.1 | DRAFT - I talk with our brother more - montana  - | X |
| 38.1 | DRAFT - I don't know how we can solve - montana2  - | X |
| 38.3 | DRAFT - I don't know how we can solve - montana2  - | X |

Case 3:05-cr-00493-MEM    Document 237    Filed 07/16/07    Page 4 of 12

| EXHIBIT NO | DESCRIPTION | ENTERED |
|---|---|---|
| 39.1 | DRAFT - I have read your new message - Idaho    - | X |
| 39.3 | DRAFT - I have read your new message - Idaho    - | X |
| 40.1 | DRAFT - I have read your new message - meet    - | X |
| 40.3 | DRAFT - I have read your new message - meet    - | X |
| 41.1 | DRAFT - we may meet in Pocatello - meet    - | X |
| 41.3 | DRAFT - we may meet in Pocatello - meet    - | X |
| 42.1 | DRAFT - I just now talk to the brother - road in Canada    - | X |
| 43.1 | DRAFT - tomorrow or Sunday is fine - all else    - | X |
| 43.3 | DRAFT - tomorrow or Sunday is fine - all else    - | X |
| 44.1 | DRAFT - did my research found the locations - waiting    - | X |
| 44.3 | DRAFT - did my research found the locations - waiting    - | X |
| 45.1 | DRAFT - the brother who has with him - soon completenes2    - | X |
| 45.3 | DRAFT - the brother who has with him - soon completenes2    - | X |
| 46.1 | DRAFT - you say I risk little - agreement meant    - | X |
| 46.3 | DRAFT - you say I risk little - agreement meant    - | X |
| 47.1 | DRAFT - I hope that you understand - understanding    - | X |
| 48.1 | DRAFT - we talk much of this new understanding - new understanding    - | X |
| 48.3 | DRAFT - we talk much of this new understanding - new understanding    - | X |
| 49.1 | DRAFT - you and I have the correct - yes I agree    - | X |
| 49.3 | DRAFT - you and I have the correct - yes I agree    - | X |
| 50.1 | DRAFT - ok lets assume trust - trust    - | X |
| 50.2 | DRAFT - ok lets assume trust - trust    - | X |
| 50.3 | DRAFT - ok lets assume trust - trust    - | X |
| 51.1 | DRAFT - the information you provide is welcome - trust and transfer    - | X |
| 51.2 | DRAFT - the information you provide is welcome - trust and transfer    - | X |
| 51.3 | DRAFT - the information you provide is welcome - trust and transfer    - | X |
| 52.1 | DRAFT - here's more details - trust2    - | X |
| 52.2 | DRAFT - here's more details - trust    - | X |
| 52.3 | DRAFT - here's more details - trust2    - | X |
| 53.1 | DRAFT - pa is looking at a location - time pa    - | X |

| EXHIBIT NO | DESCRIPTION | ENTERED |
|---|---|---|
| 53.3 | DRAFT - pa is looking at a location - time pa - | X |
| 54.1 | DRAFT - i'm concerned with daylight pickup - concern - | X |
| 54.3 | DRAFT - i'm concerned with daylight pickup - concern - | X |
| 55.1 | DRAFT - as this is completing - completing - | X |
| 55.2 | DRAFT - as this is completing - completing - | X |
| 55.3 | DRAFT - as this is completing - completing - | X |
| 56.1 | DRAFT - and the red and black bag - finishing - | X |
| 56.2 | DRAFT - and the red and black bag - finishing - | X |
| 56.3A | DRAFT - and the red and black bag - finishing - | X |
| 56.3B | DRAFT - and the red and black bag - finishing - | X |
| 57.1 | DRAFT - we must be careful and patent - waiting also - | X |
| 57.2 | DRAFT - we must be careful and patent - waiting also - | X |
| 57.3A | DRAFT - we must be careful and patent - waiting also - | X |
| 57.3B | DRAFT - we must be careful and patent - waiting also - | X |
| 58.1 | DRAFT - I understand perhaps he confused - not a problem - | X |
| 58.2 | DRAFT - I understand perhaps he confused - not a problem - | X |
| 58.3 | DRAFT - I understand perhaps he confused - not a problem - | X |
| 59.3 | DRAFT - please answer today - urgent action today - | X |
| 60.1 | DRAFT - I understand perhaps more - not a problem - | X |
| 60.2 | DRAFT - I understand perhaps more - not a problem - | X |
| 61.1 | DRAFT - this message shall be the - location - | X |
| 61.2 | DRAFT - this message shall be the - location - | X |
| 62.1 | DRAFT - I have come to a conclusion - decision - | X |
| 62.2 | DRAFT - I have come to a conclusion - decision - | X |
| 62.3 | DRAFT - I have come to a conclusion - decision - | X |
| 70.0. | MSN Search Warrant IP logon history | |
| 81.3 | assemblyfull - | X |
| 82.3 | clocktimer - | X |
| 83.3 | coleman - | X |
| 84.3 | electric match - | X |

| EXHIBIT NO | DESCRIPTION | ENTERED |
|---|---|---|
| 85.3 | job route maps - | X |
| 86.3 | package - | X |
| 87.3 | Pocatello maps - | X |
| 88.3 | wellhead - | X |
| 90.0. | Graphic of Pipeline found during CART exam of Reynolds' computer | X |
| 90.1 | Yahoo search for "Jihad Websites" found during CART exam of Reynolds' computer | X |
| 90.2 | Internet article - Al Qaida, Osama Bin Laden, The Taliban and their Supporters | X |
| 90.3 | Yahoo Search for "Azzam Publications" found during CART exam of Reynolds' computer | X |
| 90.4 | Yahoo search for "OBL Islamic Websites" | X |
| 90.5 | Internet article - Radical Islamic Websites and Where to Find them | X |
| 90.6 | American National University Diploma (Reynolds CART exam) | X |
| 90.7 | Letter - Office of the Notary of the State of Pennsylvania (CART exam) | X |
| 90.8 | Letter - Fritz Mueller Board of Trustees Suffield College & University (CART exam) | X |
| 90.9 | Letter - Assumption College Reference from Monk (CART) | X |
| 90.10. | AOL User History - Islamic Awakenings, Fake ID, Alaska Map, Alaska Oil Pipeline, Route Map, Alaska Oil Pipeline Map (CART) | X |
| 90.11 | AOL Auto - Complete Cache - Nov. 28, 2005 Search for "Alaska Pipeline Route" (CART) | X |
| 90.12 | Yahoo search "Al Qaeda websites" (CART) | X |
| 90.13 | Article "Websites Recruit for Jihad" (CART) | X |
| 90.14 | Article "Cyber Jihad" (CART) | X |
| 90.15 | Yahoo Search - "Soldier of Fortune" (CART) | X |
| 90.16 | Yahoo Search "Soldier for Hire" (CART) | X |
| 91.0. | Fox News Article reporting the death of Hamza Rabia - Al Qaeda (FBI Research) | X |
| 100.0. | Rental Agreement from Appalachian Self Storage | X |
| 100.1 | Tenant information | X |
| 100.2 | Michigan Drivers License (copy) | X |
| 100.3 | Storage Insurance form | X |
| 100.4 | FBI lab Report, Explosives Unit, E. Brent Watkins, IED Fragments | X |
| 100.5 | FBI Lab Report, Explosives Unit, Ronald L. Kelley, Chemical Analysis | X |
| 100.6 | Grenade Fragments | X |

Case 3:05-cr-00493-MEM    Document 237    Filed 07/16/07    Page 7 of 12

| EXHIBIT NO | DESCRIPTION | ENTERED |
|---|---|---|
| 100.7 | Photograph - Appalachian Self Storage Sign, Wilkes Barre, PA taken on 12/05/2005 | X |
| 100.8 | Photograph - Storage Unit # 315 Exterior Door, taken on 12/05/2005 | X |
| 100.9 | Photograph - Storage Unit # 315 Interior View, taken on 12/05/2005 | X |
| 100.10. | Photograph - Storage Unit Metal Box which contained a hand grenade, taken on 12/05/2005 | X |
| 100.11 | Photograph - Hand grenade before detonation, taken on 12/05/2005 | X |
| 100.12 | Photograph - Hand grenade before detonation, taken on 12/05/2005 | X |
| 100.13 | Photograph - Hand grenade before detonation compared for size observation, taken on 12/05/2005 | X |
| 100.14 | Photograph - Body armor, taken on 12/05/2005 | X |
| 100.15 | Photograph - MICHAEL Reynolds in a photograph, taken 12/05/2005 | |
| 100.16 | Photograph - Grenade fragments after detonation by bomb unit, taken on 12/06/2005 | X |
| 100.17 | Photograph - Grenade fragments after detonation by bomb unit, taken on 12/06/2005 | X |
| 100.18 | Photograph - Grenade fragments after detonation by bomb unit, taken on 12/06/2005 | X |
| 100.19 | Photograph - Grenade fragments after detonation by bomb unit, taken on 12/06/2005 | X |
| 100.20. | Photograph - Grenade fragments after detonation by bomb unit, taken on 12/06/2005 | X |
| 100.21 | Original photograph of MICHAEL Reynolds | |
| 100.22 | Body Armor | |
| 100.23 | FBI Lab report Explosives Unit, E. Brent Watkins, Drawings of IED | X |
| 100.24 | K-9 Explosives Incident Report completed by Kevin Martin | X |
| 100.25 | Photograph of storage boxes lined up outside storage unit | X |
| 100.26 | name tag from skirmish usa with the name "Fritzy" | X |
| 100.27 | orange vest with "Fritzy" on the front | X |
| 100.28 | Citizens Bank check book account #6204878011 | X |
| 100.29 | Photograph of Swat magazine | X |
| 100.30. | Photograph of Soldier of Fortune magazine | X |
| 100.31 | Medex ID Card (International Travelers Assistance ID Card) | X |
| 100.32 | Registered Air Courier ID Card photograph | X |
| 100.33 | Photograph of Body Armor | X |
| 100.34 | Photograph of checkbook and skirmish USA Badge with "Fritzy" | X |
| 100.35 | Photograph of storage unit - almost empty | X |
| 101.0. | Thunderbird Motel Receipt | X |

Michael Reynolds
Government Exhibit List

Case 3:05-cr-00493-MEM   Document 237   Filed 07/16/07   Page 8 of 12

| EXHIBIT NO | DESCRIPTION | ENTERED |
|---|---|---|
| 101.1 | Photograph - Thunderbird Motel Sign, exterior | X |
| 101.2 | Photograph - Exterior of Room # 205 | X |
| 101.3 | Photograph - Room # 205, door open, of interior of room | X |
| 101.4 | Photograph - view of door of Room #205, from the interior of the room | X |
| 101.5 | Photograph - View of desk top computer inside of room # 205 | X |
| 101.6 | Photograph - of desk top computer station | X |
| 101.7 | Photograph - of monitor/screen computer | X |
| 101.8 | Photograph - Laptop computer and accessories | X |
| 101.9 | Photograph - Laptop computer serial # and model information | X |
| 101.10. | Photograph - Thai Money and small pouch from Thailand | X |
| 101.11 | Photograph - Teach Yourself Thai - books | X |
| 101.12 | Photograph - Fanny pack, two way radios, batteries | X |
| 101.13 | Photograph - Passport, miscellaneous papers | X |
| 101.14 | Photograph - Passport, international driving permit | X |
| 101.15 | Photograph - Dodge Shadow parked outside Thunderbird Motel Room #205 | X |
| 101.16 | Documents from Appalachian Self Storage, Wilkes Barre, PA | X |
| 101.17 | US Passport | X |
| 101.18 | Letter - Job reference for Assumption College | X |
| 101.19 | Certificate from Assumption College, Oct. 10-12-, 2005 | X |
| 102.0. | Photograph - 1989 Dodge Shadow, Red in color, front view | X |
| 102.1 | Photograph - 1989 Dodge Shadow, VIN # | X |
| 102.2 | Photograph - PA License Plate GGK-5412 | |
| 102.3 | Photograph - rear view of 1989 Dodge Shadow | |
| 102.4 | Photograph - Dodge Shadow owners card/Vehicle inspection report | |
| 102..5 | Photograph - Identification documents for MICHAEL Reynolds | X |
| 102.6 | Photograph - Identification documents for MICHAEL Reynolds | X |
| 102.7 | Photograph - Identification documents for MICHAEL Reynolds | X |
| 102.8 | Photograph - Revoked passport | X |
| 102.9 | Photograph - Identification documents for MICHAEL Reynolds | X |
| 102.10. | Reynolds International Drivers License Book and Laminated ID Card | X |

Michael Reynolds
Government Exhibit List

| EXHIBIT NO | DESCRIPTION | ENTERED |
|---|---|---|
| 102.11 | US Passport issued 10/04/2005 - Laminated copy ID card | X |
| 102.12 | US Passport stamped "revoked" on 10/03/2005 | X |
| 102.13 | Business cars for Appalachian Self Storage; Leonard's Auto Tags | X |
| 102.14 | Appalachian self storage document and; Wal-Mart receipts | X |
| 103.0. | MICHAEL Reynolds - Military Records | |
| 104.0. | Citizens Bank Records for Account 6204878011, MICHAEL Reynolds | X |
| 105.0. | Wilkes Barre Police Dept. Report Officer Kupetz - Grenade at 346 Scott Street, Wilkes-Barre, PA | |
| 105.1 | NFA Records Search - ATF Scott Endy | |
| 105.2 | WNEP TV News Footage on 04/23/2005 at 6 & 11 - 346 Scott Street, Wilkes-Barre, PA | |
| 105.3 | FT Indiantown Gap, Grenade Report | |
| 105.4 | VA Police Dept Report from Asst Chief Kevin Martin, Grenade @ | |
| 106.0. | Disk received from AOL via Search Warrant for militiapal2@aol.com | X |
| 106.1 | Disk received from Yahoo via Search Warrant for longtermonly2@yahoo.com | X |
| 106.2 | Disk received from Yahoo via Search Warrant for Homeapproach@yahoo.com | X |
| 106.3 | Disk received from MSN Hotmail via Search Warrant for abu_qtada777@hotmail.com | X |
| 106.4 | Homeapproach@yahoo.com account information | X |
| 106.5 | Homeapproach@yahoo.com   login history | X |
| 106.6 | Longtermonly2@yahoo.com account information | X |
| 107.0. | Michigan Commercial drivers license, MICHAEL C. Reynolds | X |
| 107.1 | Two receipt stubs from Thunderbird Motel room rental | X |
| 107.2 | Red Carpet Inn room rental receipt | X |
| 108.0. | VHS Video of Arrest of MICHAEL Reynolds on 12/05/2005 @ Hell's Hell's Half Acre Rest Stop | X |
| 108.1 | Photograph - Depicting Hell's Hell's Half Acre Rest Stop, main building | X |
| 108.2 | Photograph - Depicting Walkway leading to money drop area | X |
| 108.3 | Photograph - picnic table and money in duffel bag | X |
| 108.4 | Photograph - view of money duffel bag | X |
| 108.5 | Photograph - view of duffle bag near picnic table | X |
| 108.6 | Photograph - Hell's Half Acre - Lava Trails entrance -2007 | |
| 108.7 | Photograph - Hell's Half Acre -   2007 | |
| 108.8 | Photograph - Hell's Half Acre - picnic table 2007 | |

| EXHIBIT NO | DESCRIPTION | ENTERED |
|---|---|---|
| 108.9 | Photograph - Hell's Half Acre - 2007 | |
| 108.10. | Photograph - Hell's Half Acre parking area 2007 | |
| 108.11 | Photograph - Hell's Half Acre picnic table 2007 | |
| 108.12 | Photograph - Hell's Half Acre - road entrance/parking area 2007 | |
| 108.13 | Photograph - Hell's Half Acre 2007 | |
| 108.14 | Photograph - Hell's Half Acre 2007 | |
| 108.15 | Photograph - Hell's Half Acre Lava Trails 2007 | |
| 108.16 | Photograph - Hell's Half Acre 2007 | |
| 108.17 | Photograph - Hell's Half Acre 2007 | |
| 108.18 | Photograph - Hell's Half Acre 2007 | |
| 109.0. | Advice of Rights form signed by Michael C. Reynolds on 12/05/2005 | X |
| 110.0. | Resume of Michael C. Reynolds from Internet | X |
| 110.1 | Resume of Michael C. Reynolds | X |
| 111.5 | Photograph of storage units at Appalachian Storage | X |
| 111.6 | Photograph of key pad for gate at Appalachian Storage | |
| 111.12 | Photograph of house located on Scott Street, Wilkes Barre, PA | X |
| 111.15 | Photograph of Scott Street, Wilkes Barre, PA | |
| 111.21 | Photograph of Red Carpet Inn | |
| 111.22 | Photograph of Red Carpet Inn - Office | |
| 111.25 | Photograph of Red Carpet Inn units | |
| 111.28 | Photograph of Red Carpet Inn units | |
| 111.30. | Photograph of Red Carpet Inn sign/parking lot | |
| 111.33 | Photograph of Red Carpet Inn | |
| 112.0. | Photograph of Williams Refinery - Opal, Wyoming | X |
| 112.1 | Aerial photograph of Williams Refinery | |
| 112.2 | Photograph - Moxa North compressor | |
| 112.3 | Photograph - Moxa North compressor | |
| 112.4 | Photograph - Moxa North compressor | X |
| 112.5 | Photograph - Moxa North compressor | |
| 112.6 | Photograph - Moxa North compressor | |

Michael Reynolds
Government Exhibit List

| EXHIBIT NO | DESCRIPTION | ENTERED |
|---|---|---|
| 112.7 | Photograph - Transco Pipeline | |
| 112.8 | Aerial photograph - Transco Pipeline Compressor Station 517 | |
| 112.9 | Photograph - Transco Pipeline NE Service Map | X |
| 112.10. | Photograph - Benton | X |
| 112.11 | Photograph - Benton | X |
| 112.13 | Photograph - Benton | |
| 112.14 | Photograph - Benton | |
| 112.15 | Photograph - Benton | |
| 112.16 | Photograph - Benton | |
| 112.17 | Photograph - Benton | |
| 112.18 | Photograph - Benton | |
| 112.19 | Photograph - Benton | |
| 112.20. | Photograph - Benton | |
| 113.0. | World map | X |
| 113.1 | US Map | X |
| 113.2 | Idaho Map | X |
| 114.0. | Court Certificate Qualification - NFAB | |
| 115.0. | Certified copy of 2001 Passport application & revocation - Dept. of State (DOS) | X |
| 116.0. | Certified copy of 2005 passport application & revocation for Michael C. Reynolds - DOS | X |
| 117.0. | AMI resume of Michael Reynolds | X |
| 118.0. | Report - Cody Bergan | |
| 119.0. | Demonstrative exhibit - Grenade | X |
| 120.0. | Degree - Certificates | X |

USA v Reynolds
CR 05-493

# DEFENDANT EXHIBIT INDEX

| EXHIBIT NOS. | Admitted |
|---|---|
| No. 1 - 12/5/05 Written phone call log of Barbara Janick | |
| No. 2 - Activity Log from Appalachian Self-Storage | X |
| No. 3 - Defendant's Statement as contained in Report of Joseph Noone | |
| No. 4 - 4/12/05 Letter from Defendant to Barbara Janick of Appalachian Self-Storage | X |
| No. 5 - Termination of Storage Rental Agreement from Tanja Wolf of Austria Microsystems | X |
| No. 6 - Email from Barbara Janick to Defendant | |
| No. 7 - 7/29/05 Faxed Letter from Defendant to Barbara Janick of Appalachian Self-Storage | X |
| No. 8 - 7/29/05 Fax Transmission of Exhibit No. 7 | X |
| No. 9 - Notes of Barbara Janick relating to Self-Storage Unit 315 | X |
| No. 10 - 2-page payment history for Storage Unit 315 | X |