Rec'd
7-19-07

FILED
SCRANTON

JUL 19 2007

PER_____
DEPUTY CLERK

CR 05-493

Your Honor,

    I must write to you. I don't mean to bother you in your busy schedule, but this must be said. I was instructed by Joseph O'Brien to lie under oath and say that I wrote all those emails. He felt that his chosen defense of stating that I did write them all to be doing just as Mrs. Rossmiller was doing was his best chance. He didn't want me to tell the truth. The truth is that the accounts were stolen by a computer hacker in April 2005. Joe even got a computer expert to verify this can be done with a computer virus. He instructed me to 'play' this testimony to have any chance. I didn't wish to, nor did I wish to face 80 years for something that I didn't do. My lawyer instructed me and I blindly believed in him. I have already written a Habeus to Philadelphia to tell them. Maybe you'll forgive me, maybe not. But you did instruct me to do whatever Joe told me to do. I did. I'm no terrorist, wasn't helping any either. My account was stolen and I wanted to catch who it was. That was my only intent. Not a criminal intent whatsoever. I'm not a criminal. I'm a father of three loving children. If God and you forgive me, maybe soon I'll be that father again. Please help me.

Sincerely,
Michael Curtis Reynolds

Case 3:05-cr-00493-MEM   Document 239   Filed 07/19/07   Page 2 of 2

Michael Curtis Reynolds
1371 No. Washington Ave.
Scranton, Pa. 18509

SCRANTON PA 185

17 JUL 2007 PM

USA FIRSTCLASS FOREVER

Judge Kosik
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
WILLIAM J. NEALON FEDERAL BLDG. & U.S. COURTHOUSE
235 N. WASHINGTON AVE., P.O. BOX 856
SCRANTON, PA 18501-0856

18501+0856