BLD-083          UNITED STATES COURT OF APPEALS

FOR THE THIRD CIRCUIT
_____

No. 10-4676
_____

IN RE:  MICHAEL CURTIS REYNOLDS,

Petitioner

_____

On a Petition for Writ of Mandamus from the
United States District Court for the Middle District of Pennsylvania
(Related to M.D. Pa. Crim. No. 05-cr-00493)

_____

Submitted Pursuant to Rule 21, Fed. R. App. P.
January 6, 2011
Before:  SLOVITER, JORDAN and GREENAWAY, JR., Circuit Judges

_____

**JUDGMENT**
_____

This cause came to be considered on a petition for writ of mandamus submitted on
January 6, 2011.  On consideration whereof, it is now hereby

ORDERED and ADJUDGED by this Court that the petition for writ of mandamus be,
and the same is, denied.  All of the above in accordance with the opinion of the Court.

ATTEST:

/s/Marcia M. Waldron
Clerk

DATED:1/24/2011