**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| **v.** | : | **3:CR-05-493** |
| **MICHAEL CURTIS REYNOLDS,** | : | **(JUDGE MANNION)** |
| **Defendant** | : | |

## O R D E R

Pending before the court is a motion for compassionate release under 18 U.S.C. §3582(c)(1)(A) which has been sent to the court for approval before it may be docketed pursuant to the court's May 1, 2024, order restricting defendant's ability to file new documents. (*See* Doc. 821). Petitioner argues (1) that his conviction and sentence are invalid; and (2) that his sentence is too long and creates disparities with similarly situated defendants.

The court will allow the motion to be docketed, but summarily deny it. The Supreme Court has recently issued two decisions resolving circuit splits on the scope of Section 3582 motions and held that neither the alleged invalidity of a conviction nor a disparity created by the length of a sentence is a valid basis for a compassionate release motion. *See Fernandez v. United States*, 608 U.S. __, __ S. Ct. __, No. 24-556, 2026 WL 1485476, *7 (May

28, 2026); *Rutherford v. United States*, 608 U.S. __, __ S. Ct. __, No. 24-820, 2026 WL 1485535, at *3 (May 28, 2026). *Fernandez* and *Rutherford* squarely reject the theories on which defendant seeks compassionate release and compel denial of his motion.

Accordingly, **IT IS HEREBY ORDERED THAT**:

1. The Clerk of Court is directed to docket defendant's motion for compassionate release and attached exhibit.

2. Upon docketing the motion, the Clerk of Court is directed to mark the motion as **DENIED** and terminate it as a pending motion on the electronic docket of this case.

3. To the extent a certificate of appealability would be necessary to appeal from this order, the certificate of appealability will not be issued because jurists of reason would not debate the correctness of this procedural ruling. *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

MALACHY E. MANNION
United States District Judge

**DATE: June 1, 2026**
05-493-32

- 2 -